## HASBROUCK *against* TAPPEN.

The rule of practice as to cases, as to the necessity for an order to stay proceedings, does not apply to *bills of exceptions,* since the statute requires the court to give judgment thereon; but the order to stay proceedings may be granted of course.
THIS cause was tried at the late *Ulster* circuit.   At the trial, the defendant's counsel took exceptions to the opinion of the judge in his charge to the jury.   By agreement between the counsel of both parties, the bill of exceptions was to be prepared after the circuit, and sealed by the judge, at the next term, when the same should be argued.   The bill was accordingly prepared and signed, and sealed by the judge, but he refused to grant an order to stay proceedings in the cause ; and the plaintiff's attorney proceeded to enter up and perfect his judgment ; but no execution was issued thereon.

*Champlin,* for the defendant, now moved, on affidavit, for an order to stay proceedings, and for a rule to vacate the judgment and other proceedings since the *postea,* and that the cause be argued on the bill of exceptions.

*C. Ruggles,* contra.

*Per Curiam.* The rule of practice as to *cases* made for argument does not apply to bills of exceptions, for the statute requires the judgment of this court on the bill of exceptions, before the cause can be carried to the court for the correction of errors. There is no need of an order to stay proceedings ; or it may be granted, of course. This may, perhaps, lead to abuse ; but if bills of exceptions are tendered on frivolous grounds, we shall be obliged to apply to them the rule of practice in the case of frivolous demurrers, by giving them a preference on the calendar, or take some other method to prevent delay or abuse.